# Schedule A

[Redacted in Entirety]