# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-540-190**

**Effective Date of Registration:**
August 09, 2024

**Registration Decision Date:**
December 05, 2024

---

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** shoes flowers on boots V2 1 and 9 Other Unpublished Works

**Content Title:**
shoes flowers on boots V2 1
shoes flowers on boots V2 2
shoes flowers on boots V2 3
shoes flowers on boots V2 4
shoes flowers on boots V2 5
shoes flowers on boots V2 6
shoes flowers on boots V2 7
shoes flowers on boots V2 8
shoes flowers on boots V2 9
shoes flowers on boots V2 10

### Completion/Publication

**Year of Completion:** 2023

### Author

- **Author:** Hangzhou Yuanzu Technology Co., Ltd.
  **Author Created:** Pictorial or Graphic Works
  **Work made for hire:** Yes
  **Citizen of:** China

### Copyright Claimant

**Copyright Claimant:** Hangzhou Yuanzu Technology Co., Ltd.
oom 19143, No. 260, Jiangshu Road, Xixing Street, Binjiang District, Hangzhou City, Zhejiang

## Certification

**Name:** Zhuoyi Ma
**Date:** August 09, 2024

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Basis for Registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.



**Registration Number**
# VAu 1-540-196
**Effective Date of Registration:**
August 21, 2024
**Registration Decision Date:**
December 05, 2024

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| **Title of Group:** | shoes flowers on boots V3 1 and 9 Other Unpublished Works |
| **Content Title:** | shoes flowers on boots V3 1 |
| | shoes flowers on boots V3 2 |
| | shoes flowers on boots V3 3 |
| | shoes flowers on boots V3 4 |
| | shoes flowers on boots V3 5 |
| | shoes flowers on boots V3 6 |
| | shoes flowers on boots V3 7 |
| | shoes flowers on boots V3 8 |
| | shoes flowers on boots V3 9 |
| | shoes flowers on boots V3 10 |

### Completion/Publication

**Year of Completion:** 2023

### Author

- **Author:** Hangzhou Yuanzu Technology Co., Ltd.
  **Author Created:** Pictorial or Graphic Works
  **Work made for hire:** Yes
  **Citizen of:** China

### Copyright Claimant

**Copyright Claimant:** Hangzhou Yuanzu Technology Co., Ltd.
Room 19143, No. 260, Jiangshu Road, Xixing Street, Binjiang District, Hangzhou City, Zhejiang, China

## Certification

**Name:** Zhuoyi Ma
**Date**: August 21, 2024

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Basis for Registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

