# Schedule A

| Defendant Online Marketplaces | | | |
|---|---|---|---|
| No | Seller URL | Name/Seller Alias | SKU |
| 1 | https://us.shein.com/store/home?store_code=5147105698&ic | Bear Cub's Mystical Tree Hollow | sx25090765531613112 |
| | | | sx25090765531618789 |
| | | | sx25090765531636669 |
| | | | sx25090765531644302 |
| | | | sx25090765531669407 |
| | | | sx25090765531666356 |
| | | | sx25091118976817191 |
| | | | sx25091118976811614 |
| | | | sx25091118976817018 |
| | | | sx25091118976852330 |